UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| HARTFORD UNDERWRITERS INSURANCE COMPANY; TWIN CITY FIRE INSURANCE COMPANY; HARTFORD FIRE INSURANCE COMPANY; PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD; TRUMBULL INSURANCE COMPANY; and HARTFORD CASUALTY INSURANCE COMPANY, | Case No. 21-cv-11599 Hon. Nancy G. Edmunds |

　　　　Plaintiffs,

vs.

DAVID OTTO,

　　　　Defendant.
_____/

## STIPULATED ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

　　　　The undersigned, as evidenced by their signatures below, stipulate and agree to an extension of time for Defendant to answer or otherwise respond to the Complaint. The parties have agreed that Defendant has until on or before October 31, 2021 to answer or otherwise respond to the Complaint due to the fact that the parties are currently engaged in Mediation before the Hon. Gerald Rosen, Ret. This stipulation for extension does not act as a waiver of any defenses.

IT IS HEREBY ORDERED that Defendant has until on or before October 31, 2021 to answer or otherwise respond to the Complaint.

IT IS SO ORDERED.

s/ Nancy G. Edmunds
NANCY G. EDMUNDS
UNITED STATES DISTRICT JUDGE

Stipulated and approved as
to form and content:


/s/ Mark G. Ledwin
William S. Cook (P68934)
Mark G. Ledwin (NY)
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP
Attorneys for Plaintiffs


/s/ Kenneth F. Neuman
Kenneth F. Neuman (P39429)
ALTIOR LAW, P.C.
Attorneys for Defendant