UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Hartford Underwriters Insurance
Company, et al.,

                Plaintiff(s),

v.                                         Case No. 2:21-cv-11599-NGE-KGA
                                                 Hon. Nancy G. Edmunds

David Otto,

                Defendant(s),

**ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

   **IT IS ORDERED** that this matter is referred to U.S. Magistrate Judge Kimberly G. Altman for all pretrial proceedings, including a hearing and determination of all non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B).

                                                 s/Nancy G. Edmunds
                                                 Nancy G. Edmunds
                                                 United States District Judge

**Certificate of Service**

   I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                 s/L. Bartlett
                                                 Case Manager

Dated:   December 13, 2021