UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HARTFORD UNDERWRITERS
  INSURANCE COMPANY
TWIN CITY FIRE INSURANCE COMPANY
HARTFORD FIRE INSURANCE COMPANY
PROPERTY AND CASUALTY INSURANCE
  COMPANY OF HARTFORD
TRUMBULL INSURANCE COMPANY
HARTFORD CASUALTY INSURANCE
  COMPANY

     Plaintiffs

-vs-

DAVID OTTO

     Defendant

Case No. 21-11599

Judge Nancy G. Edmunds

Magistrate Judge Altman

| | |
|---|---|
| WILSON ELSER MOSKOWITZ<br>  EDELMAN & DICKER, LLP<br>William S. Cook (P68934)<br>17197 N. Laurel Park Drive, Suite 201<br>Livonia, MI  48152<br>313-327-3100<br>william.cook@wilsonelser.com<br>*Attorneys for Plaintiffs* | ALTIOR LAW, P.C.<br>Kenneth F. Neuman (P39429)<br>Stephen T. McKenney (P65673)<br>401 S. Old Woodward, Suite 460<br>Birmingham, MI  48009<br>(248) 594-5252<br>kneuman@altiorlaw.com<br>smckenny@altiorlaw.com<br>*Attorney for Defendant* |

PLAINTIFFS' WITNESS LIST

Plaintiffs, by and through their attorneys, Wilson Elser Moskowitz Edelman & Dicker, LLP, serve the following Witness List in accordance with this Court's Scheduling Order:

1. David Otto

2. Michael Zybura

3. Anthony Sabatella

4. All individuals or categories of individuals identified by any party to this action in any pleading, interrogatory answer, disclosure statement, or list of witnesses and exhibits, or in any documents produced in connection with this action or in connection with *Hartford v. Omega Resources*, Case No. 18-cv-12907.

5. The Hartford – To the extent necessary, a records witness to authenticate documents. c/o Wilson Elser Moskowitz Edelman & Dicker, LLP

6. Plaintiffs reserve the right to amend and/or supplement the foregoing witness list upon reasonable notice to Defendant.

Dated: April 4, 2022              Respectfully submitted,

                                  WILSON ELSER MOSKOWITZ
                                   EDELMAN & DICKER, LLP

                                  By:  */s/ William S. Cook*
                                  William S. Cook (P68934)
                                  17197 N Laurel Park Drive, Suite 201
                                  Detroit, Michigan  48152
                                  Tel:  313-327-3100
                                  Email:  william.cook@wilsonelser.com

269706722v.1

-and-

Mark G. Ledwin
WILSON ELSER MOSKOWITZ
 EDELMAN & DICKER, LLP
1133 Westchester Avenue
White Plains, NY 10604
Tel: 914-872-7148
Email: mark.ledwin@wilsonelser.com
Attorneys for Plaintiffs

## Certificate of Service

The undersigned certifies that on April 4, 2022, this document was electronically filed with the Clerk of the Court using the CM/ECF system.

/s/ William S. Cook
William S. Cook

269706722v.1