UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Hartford Underwriters Insurance
Company, et al.,

                Plaintiff(s),

v.                                          Case No. 2:21−cv−11599−NGE−KGA
                                                Hon. Nancy G. Edmunds

David Otto,

                Defendant(s),

## NOTICE OF DETERMINATION OF MOTION
## WITHOUT ORAL ARGUMENT

   The following motion(s) have been filed:

        Motion for Summary Judgment − #18

   Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Nancy G. Edmunds *without* oral argument.

   Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

   Courtesy copies are required only if briefs, together with exhibits, exceed twenty pages.

   Motion will be decided on the brief unless otherwise ordered by the Court.

### Certificate of Service

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                  By: s/L. Bartlett
                                                      Case Manager

Dated:  July 7, 2022