UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HARTFORD UNDERWRITERS
INSURANCE COMPANY, TWIN
CITY FIRE INSURANCE COMPANY,
HARTFORD FIRE INSURANCE
COMPANY, PROPERTY AND
CASUALTY INSURANCE
COMPANY OF HARTFORD,
TRUMBULL INSURANCE COMPANY and
HARTFORD CASULATY INSURANCE
COMPANY,

      Plaintiffs,
v.

David Otto,

      Defendant.
_____/

Case No. 21-11599

Honorable Nancy G. Edmunds

Magistrate Judge Kimberly G. Altman

**DECLARATORY JUDGMENT**

      This is an action under 28 U.S.C. § 2201 and Federal Rule of Civil Procedure 57 for declaratory judgment that Plaintiffs may pierce the corporate veil of Omega Resources Solutions, LLC to hold its owner David Otto personally liable for the money judgment awarded to Plaintiffs as against Omega Resources Solutions, LLC in Eastern District of Michigan Case No. 18-cv-12907. In an opinion and order entered this date, the Court granted Plaintiffs' motion for summary judgment. Now therefore, the Court declares that the corporate veil of Omega Resources Solutions, LLC is pierced as between it and Plaintiffs and that Defendant David Otto is individually liable for the $1,409,814 Judgment entered against Omega Resources Solutions, LLC in the aforementioned case as if David

1

Otto were an individually named defendant and judgment debtor therein.

    IT IS HEREBY ORDERED AND ADJUDGED that this case is DISMISSED WITH PREJUDICE.

    SO ORDERED.

                                          s/Nancy G. Edmunds
                                          Nancy G. Edmunds
                                          United States District Judge

Dated: March 7, 2023

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 7, 2023, by electronic and/or ordinary mail.

                                          s/Lisa Bartlett
                                          Case Manager