# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: January 04, 2024

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

Re: Case No. 23-1318, *Hartford Underwriters Ins Co, et al v. David Otto*
Originating Case No. 2:21-cv-11599

Dear Ms. Essix:

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Patricia J. Elder, Senior Case Manager
for Virginia Padgett, Case Manager

cc: Mr. William Stewart Cook
Mr. Paul D. Hudson
Mr. Mark G. Ledwin
Mr. Stephen M Ragatzki

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 23-1318

_____

Filed: January 04, 2024

HARTFORD UNDERWRITERS INSURANCE COMPANY; TWIN CITY FIRE INSURANCE COMPANY; HARTFORD FIRE INSURANCE COMPANY; PROPERTY & CASUALTY INSURANCE COMPANY OF HARTFORD; TRUMBULL INSURANCE COMPANY; HARTFORD CASUALTY INSURANCE COMPANY

    Plaintiffs - Appellees

v.

DAVID OTTO

    Defendant - Appellant

## MANDATE

Pursuant to the court's disposition that was filed 12/13/2023 the mandate for this case hereby issues today.

COSTS: None