# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| HARTFORD UNDERWRITERS INSURANCE COMPANY, TWIN CITY FIRE INSURANCE COMPANY, HARTFORD FIRE INSURANCE COMPANY, PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD, TRUMBULL INSURANCE COMPANY, and HARTFORD CASUALTY INSURANCE COMPANY, | Case No. 21-cv-11599<br><br>Hon. Nancy G. Edmunds,<br><br>Mag. Judge Kimberly G. Altman |

      Plaintiffs,

-vs-

DAVID OTTO,

      Defendant.

## SATISFACTION OF JUDGMENT

Plaintiffs state that defendant, David Otto, has satisfied in full the Judgment entered by the Court on March 7, 2023. (Docket No. 25).

Dated: February 2, 2024    WILSON ELSER MOSKOWITZ
               EDELMAN & DICKER LLP

               By: /s/ William S. Cook
                  William S. Cook (P68934)
                  17197 N. Laurel Park Drive, Suite 201
                  Livonia, Michigan 48152
                  (313) 327-3100
                  william.cook@wilsonelser.com

                -and-

>Mark G. Ledwin
>WILSON ELSER MOSKOWITZ
> EDELMAN & DICKER, LLP
>1133 Westchester Avenue
>White Plains, New York 10604
>(914) 972-7148
>mark.ledwin@wilsonelser.com
>
>*Attorneys for Plaintiffs*

PROOF OF SERVICE

The undersigned certifies that, on February 2, 2024, this document was electronically filed with the Clerk of the Court using the CM/ECF system.

>/s/ Rhoda Haick